# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: § §
§ CASE NO. 19-11011
QUYUH LE PHUNG §
DEBTOR §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing, LLC** | **Ditech Financial LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

Court Claim # (if known): 7-1
Amount of Claim: $205,469.37
Date Claim Filed: 06/21/2019

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx3621**

Phone: 888-298-7785
Last Four Digits of Acct.#: 7459

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing, LLC
PO Box 636007
Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx3621**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty                           Date:        11/22/2019
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before November 25, 2019    via electronic notice unless otherwise stated:

**Debtor**          *Via U.S. Mail*
Quyuh Le Phung
2913 S Emerald Ave
Chicago, Illinois 60616


**Debtors' Attorney**
Justin R Storer
Bauch & Michaels LLC d/b/a Lakelaw
53 W. Jackson Boulevard, Suite 1115
Chicago, Illinois  60604

**Chapter 13 Trustee**
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, Illinois 60603

                                            Respectfully Submitted,

                                            /s/ John J. Rafferty
                                            John J. Rafferty