# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: § § § § <br> QUYUH LE PHUNG <br> DEBTOR | CASE NO. 19-11011 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-1 As Serviced by Specialized Loan Servicing, LLC | Specialized Loan Servicing, LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**6200 S. Quebec St.**
**Greenwood Village, Colorado 80111**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx3621**

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111

Phone:
Last Four Digits of Acct #: **xxxxxx3621**

Court Claim # (if known): 7-1
Amount of Claim: $205,469.37
Date Claim Filed: 06/21/2019

Phone: (800) 315-4757
Last Four Digits of Acct.#:3621

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Matthew Tillma                    Date:        06/24/2021
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before June 25, 2021via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
Quyuh Le Phung
2913 S Emerald Ave
Chicago, Illinois 60616

**Debtors' Attorney**
Justin R Storer
Bauch & Michaels LLC d/b/a Lakelaw
105 W. Madison St., Suite 1500
Chicago, Illinois  60602

**Chapter 13 Trustee**
M.O. Marshall
55 East Monroe St., Suite 3850
Chicago, Illinois 60603

Respectfully Submitted,

/s/ Matthew Tillma
Matthew Tillma